UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 21-2139
_____

CHRISTOPHER R. HALL,
Appellant

v.

DETECTIVE SHAWN NISBIT; DETECTIVE RICHARD BEAGHLEY; OFFICER
RYAN HASARA; SERGEANT OSWALDO TOLEDO; OFFICER JOHN LANDES;
OFFICER RAYMOND TOWNSEND; OFFICER WILLIAM PLYMOUTH;
SERGEANT SHAWN WILLIAMS; OFFICER JEFFREY ANDERSON; SERGEANT
RICHARD KONDAN; SERGEANT SHANE LAROSA; OFFICER ROBERT HILL,
JR.; OFFICER RYAN BROWN; OFFICER OFC. AMMATURO; OFFICER OFC.
FARLEY; OFFICER OFC. NYMAN; ABINGTON TOWNSHIP POLICE
DEPARTMENT; MUNICIPAL TOWNSHIP BUILDING
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2:19-cv-04382)
District Judge:  Honorable Eduardo C. Robreno
_____

SUR PETITION FOR REHEARING
_____

Present: GREENAWAY, JR., PORTER, and NYGAARD, *Circuit Judges*

The petition for rehearing filed by Appellees in the above-entitled case having

been submitted to the judges who participated in the decision of this Court, is hereby

ORDERED that the petition for rehearing by the panel is GRANTED IN PART.  The

Clerk is directed to file the amended opinion and judgment contemporaneously with this

order.

The petition is DENIED as to rehearing en banc, as a majority of the judges in regular service have not voted for rehearing.

BY THE COURT,

s/Joseph A. Greenaway, Jr.
Circuit Judge

Date: March 29, 2022
cc: All Counsel of Record